```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

QIAN WANG, derivatively on behalf
of Hut 8 Corporation,

                Plaintiff,
                                                    O R D E R
        - against -
                                                    24 Civ. 4391 (NRB)
JOSEPH FLINN, ASHER GENOOT, ALEXIA
HEFTI, MICHAEL HO, JAMIE LEVERTON,
STANLEY ONEAL, RICK RICKERTSEN,
MAYO A. SHATTUCK, III, BILL TAI,
SHENIF VISRAM, AMY WILKINSON, AND
HUT 8 Corporation,
                Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on July 3, 2024, this Court ordered that plaintiff show cause as to why this action should not be transferred to the United States District Court for the District of Delaware following the transfer of two previously filed actions in this District against identical defendants and the same nominal defendant, namely Ubhi v. Leverton et al., 24 Civ. 2995 (April 19, 2024) and Joseph v. Leverton et al., 24 Civ. 3081 (April 22, 2024), due to the forum selection clause in Hut 8 Corporation's Certificate of Incorporation and Bylaws, see ECF No. 7; and

**WHEREAS**, on July 19, 2024, plaintiff requested that this action be transferred to the United States District Court for

the District of Delaware, citing the forum selection clause in Hut 8 Corporation's Certificate of Incorporation and Bylaws, see ECF No. 8; it is hereby

**ORDERED** that this action shall be transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. §1404(a). The Clerk of Court is respectfully directed to transfer the action and close this case.

Dated:   July 23, 2024
         New York, New York

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE